IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LUIS MANUEL GONZALEZ-RODRIGUEZ, (01)<br><br>ARMANDO QUINTANA-GALAZ, (02)<br><br>MIGUEL ANGEL RAMIREZ-ROMERO, (03)<br><br>JASON EDWARD HOCHARD, (04)<br><br>　　　　　　　Defendants. | Criminal No. 17-00353-01/06-CR-W-DGK<br>Complaint No. 17-MJ-00198-MJW |

## MOTION TO DISMISS COMPLAINT

Comes now William A. Alford III, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on October 31, 2017, before United States Magistrate Judge John T. Maughmer, at Kansas City, Missouri, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

　　　　　　　　　　　　　　　　　/s/William A. Alford III
　　　　　　　　　　　　　　　　　William A. Alford III
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Western District of Missouri

## O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown above, is hereby dismissed.

　　　　　　　　　　　　　　　　　/s/ Matt J. Whitworth
　　　　　　　　　　　　　　　　　Honorable Matt J. Whitworth
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: 12/4/2017
　　　　Kansas City, Missouri